# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTIAN KYLE TOUCHET AND
CHARLOTTE C. MCDANIEL

NO.  2024 CW 0859

VERSUS

LORETTA MCGEHEE

**NOVEMBER 18, 2024**

---

In Re:   Christian Kyle Touchet and Charlotte C. McDaniel, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 137204.

---

BEFORE:   **THERIOT, PENZATO, AND HESTER, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** This writ application is untimely. Relators' notice of intent was filed on April 26, 2024, more than thirty days after the district court signed a judgment granting the defendants' motion to disqualify, and notice of judgment was mailed on March 20, 2024. See La. Code Civ. P. art. 1914; see also Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.

**MRT**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT